MARGARET A. MOESER, Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER
Chief, International Unit
BARBARA Y. LEVY, Trial Attorney
SEAN M. FERN, Trial Attorney
Criminal Division
United States Department of Justice
   1400 New York Avenue, N.W., 10th Floor
   Washington, D.C. 20530
   Telephone: (202) 353-9759
   Email:  Barbara.Levy@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone:  (213) 894-6166
   Email: jonathan.galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ONE PAIR OF DIAMOND EARRINGS AND MATCHING DIAMOND RING,<br><br>        Defendants *in rem*. | No. 2:17-CV-4449-DSF (BFMx)<br><br>**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT BY CLERK AGAINST THE INTERESTS OF ALL POTENTIAL CLAIMANTS TO THE DEFENDANT ASSETS; DECLARATION OF BARBARA Y. LEVY**<br><br>[Fed. R. Civ. P. 55(a) and Local Rule 55-1] |

     Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55-1 of the Local Rules of Practice for the Central District of California, plaintiff United States of America ("plaintiff" or the "government"), hereby respectfully applies for entry of default

by the Clerk in the instant action against the interests of known potential claimants Low Taek Jho ("Low"), "Evelyn" Goh Gaik Ewe ("Goh"), and Lorraine Schwartz, Inc., and all other potential claimants to the defendant assets in this action, specifically: One Pair of Diamond Earrings and Matching Diamond Ring, consisting of a 7.53-carat flawless type 2A diamond with GIA number 2145864026, a 3.05-carat flawless type 2A diamond with GIA number 2136117071, and a 3.08-carat flawless type 2A diamond with GIA number 2145977021 (collectively, the "Defendant Assets").

This application is based on the facts set forth in the attached Declaration of Barbara Y. Levy (the "Levy Declaration"), the exhibits attached thereto, and the filings in this case.

As set forth more particularly in the Levy Declaration: (i) notice of this action has been published as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") and Local Rules C(3) and C(4)(a)(1); (ii) Plaintiff mailed notice of this action to known potential claimant Lorraine Schwartz, Inc. and emailed notice of this action to counsel for potential claimants Low, Goh, and Lorraine Schwartz, Inc., as required by Local Rule C(4)(a)(3); (iii) neither of the potential claimants who received direct notice of the action, nor any other potential claimant, has filed a claim or answer, and the time to file a claim or answer has expired; (v) potential claimants

/ / /

/ / /

Low and Goh (the only known claimants against whom default is sought who are natural persons) are not minors nor incompetent persons; and (vi) Low and Goh do not serve in the U.S. military, so the Servicemembers Civil Relief Act of 2003 therefore does not apply.

Dated: July 11, 2024                    Respectfully submitted,

                                             MARGARET A. MOESER
                                             Chief, MLARS

                                             */s/ Barbara Y. Levy*
                                             MARY BUTLER
                                             Chief, MLARS
                                             BARBARA Y. LEVY
                                             SEAN M. FERN
                                             Trial Attorneys, MLARS

                                             Attorneys for Plaintiff
                                             UNITED STATES OF AMERICA