<u>DECLARATION OF BARBARA Y. LEVY</u>

I, Barbara Y. Levy, do hereby declare:

1. I am a Trial Attorney in the Money Laundering and Asset Recovery Section ("MLARS") of the Criminal Division of the United States Department of Justice. I am one of the MLARS Trial Attorneys responsible for the representation of the government's interest in this action, entitled *United States v. One Pair of Diamond Earrings and Matching Diamond Ring*, No. CV 17-4449-DSF (BFMx). After reviewing the government's file and records in this case, I am informed and believe that:

2. On June 15, 2017, the government initiated this action by filing a verified complaint against the following defendant assets: One Pair of Diamond Earrings and Matching Diamond Ring, consisting of a 7.53-carat flawless type 2A diamond with GIA number 2145864026, a 3.05-carat flawless type 2A diamond with GIA number 2136117071, and a 3.08-carat flawless type 2A diamond with GIA number 2145977021 (collectively, the "Defendant Assets"). Forfeiture of the Defendant Assets is sought pursuant to 18 U.S.C. § 981(a)(1)(A) and (C). This application seeks entry of default against all potential claimants to the Defendant Assets.

3. On June 16, 2017, the Court issued a warrant for arrest *in rem* for the Defendant Assets. (DN 13, attached hereto as Exhibit A.) On May 14, 2019, the Defendant Assets were served with the warrants for arrest in rem and taken into the custody of the United States Marshals Service. (<u>See</u> DN 26, attached hereto as Exhibit B.)

<u>Publication Notice</u>

4. Beginning on June 21, 2017, notice of this action was posted on an official government internet site (www.forfeiture.gov) for at

least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"). (See DN 18, attached hereto as Exhibit C).

### Notice to Low Taek Jho and "Evelyn" Goh Gaik Ewe

5. On or about August 4, 2017, the government sent notice of this action by e-mail to Daniel A. Zaheer, Esq. and Robin Rathmell, Esq., of the law firm Kobre & Kim LLP, U.S.-based counsel for potential claimants Low Taek Jho ("Low") and "Evelyn" Goh Gaik Ewe ("Goh"), as agreed upon by counsel. The notice was sent with: (1) a claim letter describing the Defendant Assets and giving notice as to the time within which a claim and answer were required to be filed; (2) a copy of the Verified Complaint; (3) a copy of the arrest warrant *in rem*; (4) Part 9 of Title 28 of the Code of Federal Regulations; and (5) a blank Petition for Remission (collectively, the "Notice Documents"). A true and correct copy of the e-mail is attached hereto as Exhibit D.

### Notice to Lorraine Schwartz, Inc.

6. On or about August 4, 2017, the government sent notice of this action by certified mail to potential claimant Lorraine Schwartz, Inc., and by e-mail to Larry Krantz, Esq. of the law firm Krantz & Berman, LLP, counsel for potential claimant Lorraine Schwartz, Inc., as agreed upon by counsel. The notice was sent with a copy of the Notice Documents. True and correct copies of the certified mail and e-mail are attached hereto as Exhibit E.

### No Claims Were Filed

7. In accordance with Supplemental Rule G(5), the time for known potential claimants Low, Goh, and Lorraine Schwartz, Inc. to file a claim in this action to the Defendant Assets expired on October 11,

2017, and the time for filing an answer with respect to those Defendant Assets expired on November 3, 2017.

8. In accordance with Supplemental Rule G(5), all interested parties who did not receive direct notice were required to file a claim no later than 60 days after the first day of publication of notice on an official internet government forfeiture site, and required to file an answer within 21 days thereafter. The first day of publication of notice of this action on the government forfeiture site was June 21, 2017. Accordingly, the time to file a claim and answer for all interested parties who did not receive direct notice expired on August 20, 2017, and September 10, 2017, respectively.

9. Plaintiff has not received a filed claim or answer from potential claimants Low, Goh, Lorraine Schwartz Inc., or any other potential claimant with respect to the Defendant Assets.

10. On information and belief, known potential claimants Low and Goh (the claimants against whom default is sought who are natural persons) are neither minors nor incompetent persons.

11. On information and belief, known potential claimants Low and Goh do not serve in the U.S. Military; accordingly, the Soldiers' and Sailors' Civil Relief Act of 1940 does not apply.

I declare under penalty of perjury under the laws of the United States of America, that to the best of my knowledge, the foregoing is true and correct.

Executed July 11, 2024, in Washington, D.C.

*/s/ Barbara Y. Levy*
BARBARA Y. LEVY