JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-CV-4449-DSF (BFMx) |
| Plaintiff, | **CONSENT JUDGMENT OF FORFEITURE** |
| v. | |
| ONE PAIR OF DIAMOND EARRINGS AND MATCHING DIAMOND RING, | |
| Defendants *in rem*. | |

**I.   INTRODUCTION**

1.   Plaintiff United States of America (the "Government") has made an Application (the "Application") for the entry of this Consent Judgment, which is dispositive of this action.

2.   The action alleges that, in 2012, Low Taek Jho ("Low") purchased the defendant assets in this action (the "Defendant Assets") using criminal proceeds as a gift for his mother, "Evelyn" Goh Gaik Ewe ("Goh").  (*See* DN 1 ¶¶ 912-923.)

3.   The United States has entered into an agreement (the "2024 Settlement Agreement") with Low, Goh, other members of Low's family, and certain entities authorized by a New Zealand-based trust to

administer assets for the benefit of Low and his family members (collectively, the "Low Parties") in related case *United States v. Real Property Located in Paris, France Titled in the Name of Ave Raphael (Paris) SCI*, 20-CV-5911-DSF-BFMx (DN 81-1).  Under the terms of the 2024 Settlement Agreement, the Low Parties agreed to, among other things, (1) waive and relinquish any present or potential interests in, rights over, or claims to assets including the Defendant Assets in this action and other actions listed in Appendix B to the 2024 Settlement Agreement (collectively, the "Appendix B Assets"), and (2) consent to the forfeiture of the Appendix B Assets before this Court.  (*Id.* at 2.)  The Low Parties further agreed that, for the purposes of consenting to the forfeiture of the Appendix B Assets, the Court has jurisdiction over this, and other actions listed in Appendix B.  (*Id.*)  Additionally, the Low Parties agreed that, if assumed to be true, the allegations set forth in the complaints for the actions listed in Appendix B are sufficient to establish a basis for the forfeiture of the Appendix B Assets.  (*Id.*)

  4. The present action was commenced on June 15, 2017.  No claims were filed to any of the Defendant Assets, and the time for filing claims has expired.  On July 16, 2024, a Default by Clerk was issued as to the Defendant Assets.  (DN 45.)

**II.  FINDINGS**

  5. The Court, having considered the Application and the 2024 Settlement Agreement, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES, AND DECREES:

  6. For purposes of this Consent Judgment, this Court has jurisdiction over this action.  The government gave notice of this action as required by Rule G of the Supplemental Rules for Admiralty

and Maritime Claims and Asset Forfeiture Actions, and the Local Rules of this Court.  No claims to the Defendant Assets were filed, the time for filing claims has expired, and no potential claimant has moved for leave to file a late claim. Entry of this Consent Judgment will resolve all claims of all potential claimants with respect to the Defendant Assets and is dispositive of this action.  If assumed to be true, as the parties have stipulated, the allegations set out in the operative complaint are sufficient to establish a basis for forfeiture of the Defendant Assets.  Nothing in this Consent Judgment constitutes a waiver or release by the government of criminal claims, except for the asset forfeiture claims related to the Defendant Assets

    7.   Upon entry of this Consent Judgment, all right, title and interest of any potential claimant in and to the Defendant Assets, shall be forfeited to the United States, and no other right, title, or interest shall exist therein, unless otherwise provided in this Consent Judgment.  The government shall dispose of the Defendant Assets according to law.

    8.   The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Consent Judgment of Forfeiture.

    IT IS SO ORDERED.

DATED: July 22, 2024

                          HON. DALE S. FISCHER
                          UNITED STATES DISTRICT JUDGE